UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Romone O. & Dana C. Hardy         Case No.   07-45287-WSD

                                  Chapter    13

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of One Thousand Seventy-three and 88/100 dollars ($1,073.88), of unclaimed funds held in the U.S. Treasury to:

> Springleaf Financial Services
> c/o Nancy McMillan
> American Property Locators, Inc
> 3855 S Boulevard, Suite 200
> Edmond, OK  79013

Signed on October 11, 2012

                                        /s/ Walter Shapero
                                    Walter Shapero
                                    United States Bankruptcy Judge